STOKES WAGNER ALC
PETER B. MARETZ, SBN 144826
pmaretz@stokeswagner.com
600 West Broadway, Suite 910
San Diego, CA 92101
Telephone:  (619) 232-4261
Facsimile:   (619) 232-4840

STOKES WAGNER ALC
DIANA LERMA, SBN 258442
dlerma@stokeswagner.com
555 West 5th Street, 35th Floor
Los Angeles, CA 90013
Telephone:  (213) 618-4128
Facsimile:   (619) 232-4840

SPECTOR GADON ROSEN VINCI P.C.
George M. Vinci, Jr. (admitted *pro hac vice*)
gvinci@sgrvlaw.com
NEAL R. TROUM (admitted *pro hac vice*)
ntroum@sgrvlaw.com
1635 Market Street, 7th Floor
Philadelphia, PA 19103
Telephone:  (215) 241-8840
Facsimile:   (215) 531-9128

Attorneys for Plaintiffs COLUMBIA SUSSEX MANAGEMENT, LLC, and CW HOTEL LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SUSSEX MANAGEMENT, LLC, and CW HOTEL LIMITED PARTNERSHIP, individually and on behalf of all other hotel owners and managers operating hotels in Santa Monica, California,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA MONICA,<br><br>Defendant. | Case No. 2:19-cv-09991 ODW (SKx)<br><br>**DECLARATION OF PETER B. MARETZ IN SUPPORT OF PLAINTIFFS COLUMBIA SUSSEX MANAGEMENT, LLC AND CW HOTEL LIMITED PARTNERSHIP'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT** |

DECLARATION OF PETER B. MARETZ IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

I, Peter B. Maretz, declare:

1. I am attorney duly licensed to practice in all courts of the State of California. I am an attorney at Stokes Wagner, ALC, attorneys of record for Plaintiffs COLUMBIA SUSSEX MANAGEMENT, LLC and CW HOTEL LIMITED PARTNERSHIP. The facts set forth herein are of my own personal knowledge and, if sworn as a witness, I could and would testify competently thereto.

2. This declaration is filed in support of Plaintiffs COLUMBIA SUSSEX MANAGEMENT, LLC and CW HOTEL LIMITED PARTNERSHIP'S motion for leave to file surreply in opposition to Defendant CITY OF SANTA MONICA'S ("THE CITY") motion to dismiss second amended class action complaint.

3. THE CITY has stipulated that they would not oppose this request. *See* March 17, 2020 Order [Dkt. No. 46.]

4. A true and correct copy of Plaintiffs' proposed surreply is attached hereto as Exhibit "A".

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2020, in San Diego, California.

/s/ Peter B. Maretz
Peter B. Maretz

1
DECLARATION OF PETER B. MARETZ IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT