1  STOKES WAGNER ALC
   PETER B. MARETZ, SBN 144826
2  pmaretz@stokeswagner.com
   600 West Broadway, Suite 910
3  San Diego, CA 92101
   Telephone:   (619) 232-4261
4  Facsimile:   (619) 232-4840

5  STOKES WAGNER ALC
   DIANA LERMA, SBN 258442
6  dlerma@stokeswagner.com
   555 West 5th Street, 35th Floor
7  Los Angeles, CA 90013
   Telephone:   (213) 618-4128
8  Facsimile:   (619) 232-4840

9  SPECTOR GADON ROSEN VINCI P.C.
   George M. Vinci, Jr. (admitted *pro hac vice*)
10 gvinci@sgrvlaw.com
   NEAL R. TROUM (admitted *pro hac vice*)
11 ntroum@sgrvlaw.com
   1635 Market Street, 7th Floor
12 Philadelphia, PA 19103
   Telephone:   (215) 241-8840
13 Facsimile:   (215) 531-9128

14 Attorneys for Plaintiffs COLUMBIA
   SUSSEX MANAGEMENT, LLC, and CW
15 HOTEL LIMITED PARTNERSHIP

16                UNITED STATES DISTRICT COURT
17                CENTRAL DISTRICT OF CALIFORNIA

| COLUMBIA SUSSEX MANAGEMENT, LLC, and CW HOTEL LIMITED PARTNERSHIP, individually and on behalf of all other hotel owners and managers operating hotels in Santa Monica, California,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA MONICA,<br><br>Defendant. | Case No. 2:19-cv-09991 ODW (SKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS COLUMBIA SUSSEX MANAGEMENT, LLC AND CW HOTEL LIMITED PARTNERSHIP'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT** |
|---|---|

|   |   |
|---|---|
| 1 | Upon consideration of Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendant's Motion to Dismiss the Second Amended Class Action Complaint, any response thereto, and for good cause shown, it is hereby ORDERED that the motion is GRANTED and that the surreply attached as Exhibit "A" to the motion be accepted by the Court for filing. |

IT IS SO ORDERED.

DATED: _____                    _____
                                     Hon. Otis D. Wright II

---
1
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT