| | |
|---|---|
| 1 | STOKES WAGNER ALC |
| 2 | PETER B. MARETZ, SBN 144826<br>pmaretz@stokeswagner.com |
| 3 | 600 West Broadway, Suite 910<br>San Diego, CA 92101 |
| 4 | Telephone:   (619) 232-4261<br>Facsimile:   (619) 232-4840 |
| 5 | STOKES WAGNER ALC<br>DIANA LERMA, SBN 258442 |
| 6 | dlerma@stokeswagner.com<br>555 West 5th Street, 35th Floor |
| 7 | Los Angeles, CA 90013<br>Telephone:   (213) 618-4128 |
| 8 | Facsimile:   (619) 232-4840 |
| 9 | SPECTOR GADON ROSEN VINCI P.C.<br>George M. Vinci, Jr. (admitted *pro hac vice*) |
| 10 | gvinci@sgrvlaw.com<br>NEAL R. TROUM (admitted *pro hac vice*) |
| 11 | ntroum@sgrvlaw.com<br>1635 Market Street, 7th Floor |
| 12 | Philadelphia, PA 19103<br>Telephone:   (215) 241-8840<br>Facsimile:   (215) 531-9128 |

Attorneys for Plaintiffs COLUMBIA SUSSEX MANAGEMENT, LLC, and CW HOTEL LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA SUSSEX MANAGEMENT, LLC, and CW HOTEL LIMITED PARTNERSHIP, individually and on behalf of all other hotel owners and managers operating hotels in Santa Monica, California,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>CITY OF SANTA MONICA,<br><br>                    Defendant. | Case No. 2:19-cv-09991 ODW (SKx)<br><br>**CERTIFICATE OF SERVICE** |

*Columbia Sussex Management, LLC, et al. v. City of Santa Monica*
U.S.D.C– Central District of California, Case No. 2:19-cv-09991 ODW (SKx)

I am employed with the law firm of Stokes Wagner ALC, whose address is 600 West Broadway, Suite 910, San Diego, California 92101. I am over the age of eighteen years, and am not a party to this action.

On May 13, 2020, I caused to be served the following document(s) described as:

- **PLAINTIFFS COLUMBIA SUSSEX MANAGEMENT, LLC AND CW HOTEL LIMITED PARTNERSHIP'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

- **DECLARATION OF PETER B. MARETZ IN SUPPORT OF PLAINTIFFS COLUMBIA SUSSEX MANAGEMENT, LLC AND CW HOTEL LIMITED PARTNERSHIP'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

- **[PROPOSED] ORDER GRANTING PLAINTIFFS COLUMBIA SUSSEX MANAGEMENT, LLC AND CW HOTEL LIMITED PARTNERSHIP'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

on the interested parties in this action by the means designated below:

☒  **BY ELECTRONIC FILING** – By filing the above-described document(s) with the clerk of the United States District Court, Central District of California, through the CM/ECF system. The CM/ECF system will send email notification of the filing to the parties and their counsel of record who are registered with the court's CM/ECF system at email address(es) provided as follows:

| | |
|---|---|
| Kirsten R. Galler, Esq.<br>City Attorney's Office, City of Santa Monica<br>1685 Main Street, Room 310<br>Santa Monica, CA 90401<br>Telephone: (310) 458-8336<br>Facsimile: (310) 395-6727<br>kirsten.galler@smgov.net<br>*Attorney for Defendant City of Santa Monica* | George S. Cardona, Esq.<br>Santa Monica City Attorney's Office<br>1685 Main Street, Third Floor<br>Santa Monica, CA 90401<br>Telephone: (310) 458-8375<br>Facsimile: (310) 395-6727<br>george.cardona@smgov.net<br>*Attorney for Defendant City of Santa Monica* |

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 13, 2020 at San Diego, California.

_____
Kara Malneritch