NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COLUMBIA SUSSEX
MANAGEMENT, LLC,
and
CW HOTEL LIMITED
PARTNERSHIP,
individually and on behalf of all other
hotel owners and managers operating
hotels in Santa Monica, California,

                              Plaintiffs,

        vs.

CITY OF SANTA MONICA,

                              Defendant.

Case No. 2:19-cv-09991 ODW (SKx)

**ORDER GRANTING
PLAINTIFFS COLUMBIA
SUSSEX MANAGEMENT, LLC
AND CW HOTEL LIMITED
PARTNERSHIP'S MOTION FOR
LEAVE TO FILE SURREPLY IN
OPPOSITION TO
DEFENDANT'S MOTION TO
DISMISS THE SECOND
AMENDED CLASS ACTION
COMPLAINT [49]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendant's Motion to Dismiss the Second Amended Class Action Complaint, and for good cause shown, it is hereby ORDERED that the motion is **GRANTED** and that the surreply attached as Exhibit A to the motion be accepted by the Court for filing.  The Clerk's office is directed to file Plaintiffs' Surreply, attached as Exhibit A to Plaintiffs' motion (ECF No. 49-2), as of the date of this Order.

**IT IS SO ORDERED**.

DATED: May 15, 2020                    _____

Hon. Otis D. Wright II

_____
ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT