**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| COLUMBIA SUSSEX MANAGEMENT, LLC, and CW HOTEL LIMITED PARTNERSHIP, individually and on behalf of all other hotel owners and managers operating hotels in Santa Monica, California, | Case No. 2:19-CV-09991-ODW (SKx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITY OF SANTA MONICA, | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.  Plaintiffs shall recover nothing from Defendant;

2.  Plaintiffs' Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

August 28, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**